**Fill in this information to identify the case:**

Debtor name  Gata HF, LLC

United States Bankruptcy Court for the:  DISTRICT OF NEVADA

Case number (if known)  21-14989-nmc

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors 12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.** Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☒ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☒ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☒ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☒ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☒ *Schedule H: Codebtors* (Official Form 206H)
- ☒ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   November 3, 2021         X /s/ Paul Thomas
_____                _____
                                        Signature of individual signing on behalf of debtor

                                        Paul Thomas
                                        _____
                                        Printed name

                                        Manager of Gata IV, LLC as Sole Member
                                        _____
                                        Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name ___Gata HF, LLC___

United States Bankruptcy Court for the: ___DISTRICT OF NEVADA___

Case number (if known) ___21-14989-nmc___

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                                12/15

Part 1:    **Summary of Assets**

1.    **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*............................................................................ $ _____4,000,000.00_

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*......................................................................... $ _____91,138.00_

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*........................................................................... $ _____4,091,138.00_

Part 2:    **Summary of Liabilities**

2.    **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................................. $ _____2,467,847.97_

3.    **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*.......................................... $ _____0.00_

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................... +$ _____636,108.90_

4.    **Total liabilities** ............................................................................................
    Lines 2 + 3a + 3b | $ _____3,103,956.87_

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name _____ Gata HF, LLC

United States Bankruptcy Court for the: _____ DISTRICT OF NEVADA

Case number (if known) _____ 21-14989-nmc

☐ Check if this is an amended filing

## Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property                12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

**1. Does the debtor have any cash or cash equivalents?**

■ No. Go to Part 2.
☐ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
| --- | --- |

| Part 2: | Deposits and Prepayments |
| --- | --- |

**6. Does the debtor have any deposits or prepayments?**

■ No. Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
| --- | --- |

**10. Does the debtor have any accounts receivable?**

■ No. Go to Part 4.
☐ Yes Fill in the information below.

| Part 4: | Investments |
| --- | --- |

**13. Does the debtor own any investments?**

■ No. Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
| --- | --- |

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No. Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
| --- | --- |

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☐ No. Go to Part 7.

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

Debtor    Gata HF, LLC
       Name

Case number *(If known)*  21-14989-nmc

■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28.**  **Crops-either planted or harvested** | | | |
| **29.**  **Farm animals** *Examples: Livestock, poultry, farm-raised fish* | | | |
| **30.**  **Farm machinery and equipment** *(Other than titled motor vehicles)* Grow equipment - Lights ($9,750); Water Tank and Irrigation ( $2,900); Storage Containers ($4,500); Dehumidifiers ($3,750); Lights ($20,800); Trimmer ($2,057) | $0.00 | Recent cost | $43,757.00 |

**31.**  **Farm and fishing supplies, chemicals, and feed**

**32.**  **Other farming and fishing-related property not already listed in Part 6**

**33.**  **Total of Part 6.**

Add lines 28 through 32.  Copy the total to line 85.

| | |
|---|---|
| | $43,757.00 |

**34.**  **Is the debtor a member of an agricultural cooperative?**
■ No
☐ Yes.  Is any of the debtor's property stored at the cooperative?
    ☐ No
    ☐ Yes

**35.**  **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
■ No
☐ Yes. Book value _____  Valuation method _____  Current Value _____

**36.**  **Is a depreciation schedule available for any of the property listed in Part 6?**
■ No
☐ Yes

**37.**  **Has any of the property listed in Part 6 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

■ No.  Go to Part 8.
☐ Yes Fill in the information below.

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47.**  **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |

Debtor    Gata HF, LLC                                                          Case number *(If known)*  21-14989-nmc
          Name

48.   **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,
      floating homes, personal watercraft, and fishing vessels

      48.1.   Trailer-1981 HLDA- 28                              $0.00                                      $0.00

49.   **Aircraft and accessories**

50.   **Other machinery, fixtures, and equipment (excluding farm
      machinery and equipment)**
      Equipment- Greenhouse ($42,750); Well Pump
      ($10,000); Cat and Trailer ($4,500); Swamp
      Cooler ($1,000); Electric Supplies Greenhouse
      ($4,500); HVAC Upgrades ($4,000); Buildout
      drying area ($23,809)                          $0.00      Recent cost                          $37,809.00

51.   **Total of Part 8.**                                                              $37,809.00
      Add lines 47 through 50.  Copy the total to line 87.

52.   **Is a depreciation schedule available for any of the property listed in Part 8?**
      ■ No
      ☐ Yes

53.   **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
      ■ No
      ☐ Yes

**Part 9:    Real property**

54. **Does the debtor own or lease any real property?**

      ☐ No.  Go to Part 10.
      ■ Yes Fill in the information below.

55.      **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

| Debtor | Gata HF, LLC | | | Case number *(If known)* | 21-14989-nmc |
| | Name | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 55.1. | APN 045-411-03; 9381 S. Homestead Road, Pahrump Nevada, which is 30 acres of land utilized for a mixed-use hemp farm and associated improvements with 30-acre feet of water rights. The property is improved with two operating wells, a 5/8th mile horse race track that has 3,500 seats, a private chapel, a gazebo, a 19 horse stable with a 1,392 square foot, two bedroom/two living quarters on the second floor, a meeting hall with public bathrooms, a four sided structure that has a heavy cloth cover as the ceiling and a storage building. | Fee Simple | $0.00 | Appraisal | $4,000,000.00 |

**56.  Total of Part 9.**
$4,000,000.00

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

**57.  Is a depreciation schedule available for any of the property listed in Part 9?**
■ No
☐ Yes

**58.  Has any of the property listed in Part 9 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 10: | Intangibles and intellectual property |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

■ No.  Go to Part 11.
☐ Yes Fill in the information below.

| Part 11: | All other assets |
|---|---|

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

**Current value of debtor's interest**

**71.   Notes receivable**
Description (include name of obligor)

**72.   Tax refunds and unused net operating losses (NOLs)**

Debtor   Gata HF, LLC _____   Case number *(If known)*  21-14989-nmc
       Name

Description (for example, federal, state, local)

| | | |
|---|---|---|
| 73. | **Interests in insurance policies or annuities**<br>Property Insurance Policy No. xxx-xxx-329 with American<br>Modern | Unknown |

| | | |
|---|---|---|
| 74. | **Causes of action against third parties (whether or not a lawsuit has been filed)** | |
| 75. | **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** | |
| 76. | **Trusts, equitable or future interests in property** | |
| 77. | **Other property of any kind not already listed** *Examples:* Season tickets, country club membership | |
| | Security equipment- Cameras and video equipment | $9,572.00 |

| | | |
|---|---|---|
| 78. | **Total of Part 11.**<br>Add lines 71 through 77. Copy the total to line 90. | $9,572.00 |

79.   **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
☒ No
☐ Yes

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com               Best Case Bankruptcy

Debtor    Gata HF, LLC
       Name

Case number *(If known)*  21-14989-nmc

**Summary**

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $43,757.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $37,809.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*.................................................................> | | $4,000,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $9,572.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $91,138.00 | + 91b. $4,000,000.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $4,091,138.00 |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name ___Gata HF, LLC___

United States Bankruptcy Court for the: ___DISTRICT OF NEVADA___

Case number (if known) ___21-14989-nmc___

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property
12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1** David Leventhal<br>Creditor's Name<br><br>2260 Village Walk Dr., Ste.1204<br>Reno, NV 89502<br>Creditor's mailing address<br><br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br>6/3/2021<br>**Last 4 digits of account number**<br><br>**Do multiple creditors have an interest in the same property?**<br>☐ No<br>■ Yes. Specify each creditor, including this creditor and its relative priority.<br>1. Nye County Treasurer<br>2. NV Captial Corporation, LLC<br>3. David Leventhal<br>4. Judah Zakalik, Esq. | **Describe debtor's property that is subject to a lien**<br>APN 045-411-03; 9381 S. Homestead Road, Pahrump Nevada<br><br><br>**Describe the lien**<br>Deed of Trust<br>**Is the creditor an insider or related party?**<br>■ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | $186,000.00 | $4,000,000.00 |
| **2.2** Judah Zakalik, Esq.<br>Creditor's Name<br><br>6173 S. Rainbow Blvd.<br>Las Vegas, NV 89118<br>Creditor's mailing address<br><br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br>12/18/2020<br>**Last 4 digits of account number** | **Describe debtor's property that is subject to a lien**<br>APN 045-411-03; 9381 S. Homestead Road, Pahrump Nevada<br><br><br>**Describe the lien**<br>Promissory Note<br>**Is the creditor an insider or related party?**<br>■ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☐ No<br>■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | $200,000.00 | $4,000,000.00 |

| Debtor | Gata HF, LLC | Case number (if known) | 21-14989-nmc |
|---|---|---|---|
| | Name | | |

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** |
|---|---|
| ☐ No | Check that all apply |
| ■ Yes. Specify each creditor, including this creditor and its relative priority.<br>Specified on line 2.1 | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed |

---

| 2.3 | NV Captial Corporation, LLC | **Describe debtor's property that is subject to a lien** | $2,073,801.08 | $4,000,000.00 |
|---|---|---|---|---|
| | Creditor's Name | APN 045-411-03; 9381 S. Homestead Road, Pahrump Nevada | | |
| | c/o John R. Blackmon, Registered Agent<br>410 S. Rampart Blvd., Ste. 350<br>Las Vegas, NV 89145 | | | |
| | Creditor's mailing address | **Describe the lien**<br>Deed of Trust | | |
| | | **Is the creditor an insider or related party?**<br>■ No<br>☐ Yes | | |
| | Creditor's email address, if known | **Is anyone else liable on this claim?**<br>☐ No | | |
| | **Date debt was incurred**<br>12/26/2019 | ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | **Last 4 digits of account number** | | | |

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** |
|---|---|
| ☐ No | Check all that apply |
| ■ Yes. Specify each creditor, including this creditor and its relative priority.<br>Specified on line 2.1 | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed |

---

| 2.4 | Nye County Treasurer | **Describe debtor's property that is subject to a lien** | $8,046.89 | $4,000,000.00 |
|---|---|---|---|---|
| | Creditor's Name | APN 045-411-03; 9381 S. Homestead Road, Pahrump Nevada | | |
| | Attn: John W. Prudhont<br>P.O. Box 473<br>Tonopah, NV 89049 | | | |
| | Creditor's mailing address | **Describe the lien**<br>Property Taxes | | |
| | | **Is the creditor an insider or related party?**<br>■ No<br>☐ Yes | | |
| | Creditor's email address, if known | **Is anyone else liable on this claim?**<br>■ No | | |
| | **Date debt was incurred**<br>9/2021 | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | **Last 4 digits of account number** | | | |

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** |
|---|---|
| ☐ No | Check all that apply |
| ■ Yes. Specify each creditor, including this creditor and its relative priority.<br>Specified on line 2.1 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

---

| 3. | **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** | $2,467,847.97 |
|---|---|---|

**Part 2:**    List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies,

Official Form 206D        Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**        page 2 of 4

| Debtor | Gata HF, LLC | Case number (if known) | 21-14989-nmc |
|--------|--------------|------------------------|--------------|
|        | Name         |                        |              |

assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|------------------|------------------------------------------------------------|-------------------------------------------------|
| Christian Madsen<br>c/o NV Capital Corporation LLC<br>8880 W. Sunset Rd., Ste. 190<br>Las Vegas, NV 89148 | Line _2.3_ | |
| Denise Vinci, Trustee of the Vinci<br>Family Trust dtd 3/16/2007<br>c/o NV Capital Corporation LLC<br>8880 W. Sunset Rd., Ste. 190<br>Las Vegas, NV 89148 | Line _2.3_ | |
| Eduardo Castillo and Alondra Castillo<br>Living Trust dtd 12/19/2017<br>c/o NV Capital Corporation LLC<br>8880 W. Sunset Rd., Ste. 190<br>Las Vegas, NV 89148 | Line _2.3_ | |
| FCI Lender Services, Inc.<br>c/o Cogency Global, Inc.,<br>Registered Agent<br>321 W. Winnie Lane #104<br>Carson City, NV 89703 | Line _2.3_ | |
| FCI Lender Services, Inc.<br>8180 E. Kaiser Blvd.<br>Anaheim, CA 92808 | Line _2.3_ | |
| First Savings Bank as Custodian for<br>Russell S. Bono, SEP IRA<br>c/o NV Capital Corporation LLC<br>8880 W. Sunset Rd., Ste. 190<br>Las Vegas, NV 89148 | Line _2.3_ | |
| Nevada Trust Deed Services<br>10161 Park Run Dr., Ste. 150<br>Las Vegas, NV 89145 | Line _2.3_ | |
| NV Captial Corporation, LLC<br>c/o John R. Blackmon, Manager<br>410 S. Rampart Blvd., Ste. 350<br>Las Vegas, NV 89145 | Line _2.3_ | |
| Robert MacMurray<br>c/o NV Capital Corporation LLC<br>8880 W. Sunset Rd., Ste. 190<br>Las Vegas, NV 89148 | Line _2.3_ | |
| Starlight Funding, LLC<br>Attn: Carol Theisen, Manager<br>c/o NV Capital Corporation LLC<br>8880 W. Sunset Rd., Ste. 190<br>Las Vegas, NV 89148 | Line _2.3_ | |
| The Howard Family Trust dtd 3/7/1997<br>Charles Howard, Trustee<br>c/o NV Capital Corporation LLC<br>8880 W. Sunset Rd., Ste. 190<br>Las Vegas, NV 89148 | Line _2.3_ | |

Official Form 206D        Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**        page 3 of 4

| Debtor | Gata HF, LLC | Case number (if known) | 21-14989-nmc |
|---|---|---|---|
| | Name | | |

| | | |
|---|---|---|
| The Sandra D. Sax Revocable Family Trust, Sandra Sax, TEE c/o NV Capital Corporation LLC 8880 W. Sunset Rd., Ste. 190 Las Vegas, NV 89148 | Line  2.3 | |
| Warren Kim c/o NV Capital Corporation LLC 8880 W. Sunset Rd., Ste. 190 Las Vegas, NV 89148 | Line  2.3 | |
| Yukiko Minami c/o NV Capital Corporation LLC 8880 W. Sunset Rd., Ste. 190 Las Vegas, NV 89148 | Line  2.3 | |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                                                                            Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name ___Gata HF, LLC___

United States Bankruptcy Court for the: ___DISTRICT OF NEVADA___

Case number (if known) ___21-14989-nmc___

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

    ☑ No. Go to Part 2.

    ☐ Yes. Go to line 2.

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|
| **3.1** **Nonpriority creditor's name and mailing address**<br>Edlin Kim<br>c/o Compass Point Holdings, LLC<br>4525 Dean Martin Dr., Unit 1208<br>Las Vegas, NV 89103<br><br>**Date(s) debt was incurred** 2018-2019<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Unsecured loans<br><br>Is the claim subject to offset? ☑ No ☐ Yes | $205,000.00 |
| **3.2** **Nonpriority creditor's name and mailing address**<br>Joe Casper<br>942 Villa Grande Way<br>Boulder City, NV 89005<br><br>**Date(s) debt was incurred** 2018-2019<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Unsecured loans<br><br>Is the claim subject to offset? ☑ No ☐ Yes | $312,921.18 |
| **3.3** **Nonpriority creditor's name and mailing address**<br>Laura Perry<br>5953 Mabel Road, #120<br>Las Vegas, NV 89110<br><br>**Date(s) debt was incurred** 2021<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Services - administrative<br><br>Is the claim subject to offset? ☑ No ☐ Yes | $24,000.00 |
| **3.4** **Nonpriority creditor's name and mailing address**<br>Paul Thomas<br>1463 Graystone Canyon Ave.<br>Las Vegas, NV 89183<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Unsecured loan<br><br>Is the claim subject to offset? ☑ No ☐ Yes | $78,672.44 |

| Debtor | Gata HF, LLC | Case number (if known) | 21-14989-nmc |
|---|---|---|---|
| | Name | | |

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,000.00 |
|---|---|---|---|

Shelley Wilde
265 Tuscany Ridges Heights NW
Calgary AB Canada  T3L 3B8

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _2021_

**Last 4 digits of account number** _

**Basis for the claim:** _Services - accounting_

Is the claim subject to offset? ■ No ☐ Yes

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,515.28 |
|---|---|---|---|

Valley Electric Association, Inc.
Attn: Bankruptcy Dept/Managing Agent
800 E. Hwy 372
P.O. Box 237
Pahrump, NV 89041-0237

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _3001_

**Basis for the claim:** _Services_

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:    List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ 0.00 |
| 5b. Total claims from Part 2 | 5b. + | $ 636,108.90 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ 636,108.90 |

**Fill in this information to identify the case:**

Debtor name _____ Gata HF, LLC _____

United States Bankruptcy Court for the:   DISTRICT OF NEVADA

Case number (if known)   21-14989-nmc

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases          12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ☒ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1.    State what the contract or lease is for and the nature of the debtor's interest<br><br>Dwelling Basic Insurance Policy<br><br>State the term remaining<br><br>List the contract number of any government contract | American Modern Insurance Group<br>Attn: Managing Member<br>7000 Midland Blvd.<br>Amelia, OH 45102-2607 |
| 2.2.    State what the contract or lease is for and the nature of the debtor's interest<br><br>Commercial Lease for lease of barn facilities only, for property located at 9381 Homestead Road, Pahrump, Nevada<br><br>State the term remaining<br><br>List the contract number of any government contract | Freedom Fries, LLC<br>c/o Laura Perry, Managing Member<br>5953 Mabel Rd., #120<br>Las Vegas, NV 89110 |
| 2.3.    State what the contract or lease is for and the nature of the debtor's interest<br><br>Insurance Agent for American Modern Insurance Company<br><br>State the term remaining<br><br>List the contract number of any government contract | Hesselgessner Insurance Agency, Inc.<br>Attn: Managing Member<br>229 N. Pecos Rd., #110<br>Henderson, NV 89074 |
| 2.4.    State what the contract or lease is for and the nature of the debtor's interest<br><br>Commercial Real Estate Purchase Agreement<br><br>State the term remaining<br><br>List the contract number of any government contract | Pushka Holding, LLC<br>30 N. Gould Street, Ste. R<br>Sheridan, WY 82801 |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name _____ Gata HF, LLC _____

United States Bankruptcy Court for the: _____ DISTRICT OF NEVADA _____

Case number (if known) _____ 21-14989-nmc _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

### 1. Do you have any codebtors?

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

### 2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 Paul Thomas | 1463 Graystone Canyon Ave.<br>Las Vegas, NV 89183 | Judah Zakalik, Esq. | ■ D ___ 2.2 ___<br>☐ E/F _____<br>☐ G _____ |
| 2.2 Paul Thomas | 1463 Graystone Canyon Ave.<br>Las Vegas, NV 89183 | NV Captial Corporation, LLC | ■ D ___ 2.3 ___<br>☐ E/F _____<br>☐ G _____ |

**Fill in this information to identify the case:**

Debtor name    Gata HF, LLC

United States Bankruptcy Court for the:    DISTRICT OF NEVADA

Case number (if known)    21-14989-nmc

☐ Check if this is an amended filing

Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/19

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:    Income**

1. **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| From the beginning of the fiscal year to filing date:<br>From  1/01/2021 to Filing Date | ■ Operating a business<br>☐ Other | $90,000.00 |
| For prior year:<br>From  1/01/2020 to 12/31/2020 | ■ Operating a business<br>☐ Other | $942,500.00 |
| For year before that:<br>From  1/01/2019 to 12/31/2019 | ■ Operating a business<br>☐ Other | $0.00 |

2. **Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|
| | | |

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|
| | | | |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor    Gata HF, LLC

Case number *(if known)*   21-14989-nmc

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1. Valley Electric Association, Inc.<br>Attn: Bankruptcy Dept/Managing Agent<br>800 E. Hwy 372<br>P.O. Box 237<br>Pahrump, NV 89041-0237 | 9/15/2021 | $3,515.28 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.2. Valley Electric Association, Inc.<br>Attn: Bankruptcy Dept/Managing Agent<br>800 E. Hwy 372<br>P.O. Box 237<br>Pahrump, NV 89041-0237 | 8/15/2021 | $3,842.93 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.3. Valley Electric Association, Inc.<br>Attn: Bankruptcy Dept/Managing Agent<br>800 E. Hwy 372<br>P.O. Box 237<br>Pahrump, NV 89041-0237 | 7/15/2021 | $5,239.38 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

| Part 3: | Legal Actions or Assignments |
|---|---|

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

| Debtor | Gata HF, LLC | Case number *(if known)* | 21-14989-nmc |

---

■ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

---

| **Part 4:** | **Certain Gifts and Charitable Contributions** |

**9.** List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

| **Part 5:** | **Certain Losses** |

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

| **Part 6:** | **Certain Payments or Transfers** |

**11. Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

■ None.

| Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

---

| Official Form 207 | Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy | page **3** |

| Debtor | Gata HF, LLC | Case number *(if known)* | 21-14989-nmc |
|---|---|---|---|

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

## Part 7: Previous Locations

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

## Part 8: Health Care Bankruptcies

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

## Part 9: Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

## Part 10: Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | Bank of George Attn: Bankruptcy Dept/Managing Agent 9115 West Russell Rd., Ste. 110 Las Vegas, NV 89148 | XXXX- | ■ Checking ☐ Savings ☐ Money Market ☐ Brokerage ☐ Other___ | 7/6/2021 | $200.00 |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

| Debtor | Gata HF, LLC | Case number *(if known)* | 21-14989-nmc |
|--------|--------------|--------------------------|--------------|

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22.    Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | Gata HF, LLC | Case number *(if known)* | 21-14989-nmc |
|---|---|---|---|

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | | Date of service<br>From-To |
|---|---|---|
| 26a.1. | George E. Garr<br>George E. Garr, CPA<br>6621 E. Pacific Coast Highway, Ste. 230<br>Long Beach, CA 90803 | 2018-2020 |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | | If any books of account and records are unavailable, explain why |
|---|---|---|
| 26c.1. | Laura Perry<br>5953 Mabel Road, #120<br>Las Vegas, NV 89110 | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

**27. Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Gata IV, LLC | Attn: Paul Thomas<br>1463 Graystone Canyon Ave.<br>Las Vegas, NV 89123 | Sole Manager | 100% |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | Gata HF, LLC | Case number *(if known)* | 21-14989-nmc |
|---|---|---|---|

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

- ☐ No
- ■ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Gata LLC | 1463 Graystone Canyon Ave. Las Vegas, NV 89183 | 50% Member | 2019 |

30. **Payments, distributions, or withdrawals credited or given to insiders**
    Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

- ■ No
- ☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

- ■ No
- ☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

- ■ No
- ☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | Gata HF, LLC | Case number *(if known)* | 21-14989-nmc |
|---|---|---|---|

---

**Part 14:   Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    November  3, 2021

| /s/ Paul Thomas | Paul Thomas |
|---|---|
| Signature of individual signing on behalf of the debtor | Printed name |

Position or relationship to debtor    Manager of Gata IV, LLC as Sole Member

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### District of Nevada

In re    Gata HF, LLC      Case No.    21-14989-nmc

Debtor(s)      Chapter    11

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept      $      0.00

Prior to the filing of this statement I have received      $      0.00

Balance Due      $      0.00

2. The source of the compensation paid to me was:

   ■ Debtor      ☐ Other (specify):

3. The source of compensation to be paid to me is:

   ■ Debtor      ☐ Other (specify):

4.    ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

November  3, 2021      /s/ Matthew C. Zirzow

*Date*      Matthew C. Zirzow 7222
     *Signature of Attorney*
     Larson & Zirzow, LLC
     850 E. Bonneville Ave.
     Las Vegas, NV 89101
     702-382-1170  Fax: 702-382-1169
     mzirzow@lzlawnv.com
     *Name of law firm*

---

# United States Bankruptcy Court
## District of Nevada

In re   Gata HF, LLC

Debtor(s)

Case No.   21-14989-nmc

Chapter   11

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Gata IV, LLC<br>Attn: Paul Thomas<br>1463 Graystone Canyon Ave.<br>Las Vegas, NV 89123 | Equity | 100% | Membership |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Manager of Gata IV, LLC as Sole Member of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   November  3, 2021

Signature   /s/ Paul Thomas

Paul Thomas

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
### District of Nevada

In re   Gata HF, LLC

Debtor(s)

Case No.   21-14989-nmc
Chapter   11

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   Gata HF, LLC   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

Gata IV, LLC
Attn: Paul Thomas
1463 Graystone Canyon Ave.
Las Vegas, NV 89123

☐ None [*Check if applicable*]

November  3, 2021

Date

/s/ Matthew C. Zirzow

Matthew C. Zirzow 7222

Signature of Attorney or Litigant
Counsel for   Gata HF, LLC
Larson & Zirzow, LLC
850 E. Bonneville Ave.
Las Vegas, NV 89101
702-382-1170 Fax:702-382-1169
mzirzow@lzlawnv.com

GATA HF, LLC
PARTIES ADDED 11/3/2021


AMERICAN MODERN INS. GROUP
ATTN: MANAGING MEMBER
7000 MIDLAND BLVD.
AMELIA, OH 45102-2607

HESSELGESSNER INS. AGENCY, INC.
ATTN: MANAGING MEMBER
229 N. PECOS RD., #110
HENDERSON, NV 89074

PUSHKA HOLDING, LLC
30 N. GOULD STREET, STE. R
SHERIDAN, WY 82801


VALLEY ELECTRIC ASSOCIATION, INC.
ATTN: MANAGING AGENT
800 E. HWY 372
P.O. BOX 237
PAHRUMP, NV 89041-0237

The Sandra D. Sax Revocable
Family Trust, Sandra Sax, TEE
c/o NV Capital Corporation LLC
8880 W. Sunset Rd., Ste. 190
Las Vegas, NV 89148

Robert MacMurray
c/o NV Capital Corporation LLC
8880 W. Sunset Rd., Ste. 190
Las Vegas, NV 89148


Warren Kim
c/o NV Capital Corporation LLC
8880 W. Sunset Rd., Ste. 190
Las Vegas, NV 89148