Matthew L. Johnson (6004)
Russell G. Gubler (10889)
JOHNSON & GUBLER, P.C.
Lakes Business Park
8831 West Sahara Avenue
Las Vegas, Nevada 89117
Phone: (702) 471-0065
Fax: (702) 471-0075
mjohnson@mjohnsonlaw.com

Attorneys for First Savings Bank, Custodian for Russell S. Bono, SEP IRA
The Howard Family Trust dated March 7, 1997, Charles Howard, Trustee
Eduardo Castillo and Alondra Castillo Living trust dated December 19, 2017
Warren Kim, Robert MacMurray, The Sandra D. Sax Revocable Family Trust, Sandra D. Sax, Trustee, Christian Madsen, Yukiko Minami, Starlight Funding LLC, and
Denise Vinci, Trustee of Denise Vince Family Trust dated March 16, 2007

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In re | ) |
|     GATA HF, LLC, | ) Case No. BK-S-21-14989-NMC |
| | ) Chapter 11 |
|     Debtor. | ) |

**REQUEST FOR SPECIAL NOTICE**

PLEASE TAKE NOTICE that Matthew L. Johnson of the law firm of Johnson & Gubler, P.C., on behalf of First Savings Bank, Custodian for Russell S. Bono, SEP IRA, The Howard Family Trust dated March 7, 1997, Charles Howard, Trustee, Eduardo Castillo and Alondra Castillo Living trust dated December 19, 2017, Warren Kim, Robert MacMurray, The Sandra D. Sax Revocable Family Trust, Sandra D. Sax, Trustee, Christian Madsen, Yukiko Minami, Starlight Funding LLC, and Denise Vinci, Trustee of Denise Vince Family Trust dated March 16, 2007 ("NV Capital Creditors"), hereby files a Notice of Appearance pursuant to Bankruptcy Rule 9010(b).

1  Pursuant to Bankruptcy Code § 1109 (b) and Bankruptcy Rules 2002, 3017, and 9007,

2  the above-referenced Creditors request that special notice of all matters that may come before the

3  Court be given as follows:

>     NV Capital Creditors
>     c/o Matthew L. Johnson, Esq.
>     Johnson & Gubler, P.C.
>     Lakes Business Park
>     8831 West Sahara
>     Las Vegas, Nevada 89117
>     mjohnson@mjohnsonlaw.com

The following request includes the notices and papers referred to in Bankruptcy Rules 2002, 3017, and 9007, and also includes, without limitation, notices of any orders, applications, complaints, demands, hearings, motions, petitions, pleadings or requests, plans, disclosure statements, and any other documents brought before the Court in this case whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, e-mail, telegraph, telex, facsimile, or otherwise.

Any appearances or filings of other documents in this case shall not constitute a waiver of Fed. R. Bankr. Proc. 7004. Each of the above-listed Creditors must be served directly with any adversary complaint, and does not authorize Johnson & Gubler, P.C. to act as their agent for purposes of service relating to any adversary proceeding under Fed. R. Bankr. Proc. 7004.

DATED this 8th day of December, 2021.

JOHNSON & GUBLER, P.C.

/s/ Matthew L. Johnson
8831 W. Sahara Avenue
Las Vegas, Nevada 89117
(702) 471-0065
mjohnson@mjohnsonlaw.com
Attorney for NV Capital Creditors

CERTIFICATE OF SERVICE

I hereby certify that I am an employee of Johnson & Gubler, PC, and that on December 8, 2021 I caused to be served a true and correct copy of the REQUEST FOR SPECIAL NOTICE in the following manner:

[X]   a.   Electronic Service

Under Administrative Order 02-1 (Rev. 8-31-04) of the United States Bankruptcy Court for the District of Nevada, the above-referenced document was electronically filed on the date hereof and served through the Notice of Electronic Filing automatically generated by that Court's facilities.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: December 8, 2021.

/s/ Annabelle Nudo
An Employee of Johnson & Gubler, P.C.

-3-